IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  King, Kimberly G | Case Number:  08 B 05980 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  3/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: May 29, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 2. | Santander Consumer USA | Unsecured | 1,653.36 | 0.00 |
| 3. | Universal Lenders Inc | Unsecured | 2,774.13 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 1,719.81 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 12,470.51 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 1,652.92 | 0.00 |
| 7. | Credit Acceptance Corp | Unsecured | 6,673.78 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 10,336.54 | 0.00 |
| 9. | I C Systems Inc | Unsecured | 48.26 | 0.00 |
| 10. | B-Real LLC | Unsecured | 383.46 | 0.00 |
| 11. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 12. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 13. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 14. | Corporate Collections | Unsecured | | No Claim Filed |
| 15. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 16. | Fairlane Credit L.L.C. | Unsecured | | No Claim Filed |
| 17. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Pay Day Loans | Unsecured | | No Claim Filed |
| 19. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 20. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 37,712.77 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   King, Kimberly G

Printed:  7/15/08

Case Number:  08 B 05980
Judge:  Wedoff, Eugene R
Filed:  3/13/08

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

